IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **NANCY VELEZ-ARROYO,** Defendant. | **CRIMINAL NO. 15-715 (PAD)** |

## UNITED STATES' INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America through the undersigned attorneys, and to this Honorable Court very respectfully prays as follows:

1. On November 20, 2015, defendant Nancy Velez-Arroyo was arrested in the Southern District of Florida pursuant to the arrest warrant issued in this case.

2. Defendant has been released on conditions and waived removal proceedings.

3. The United States respectfully requests that a date be set by this Honorable Court for the defendant's initial appearance and arraignment in this district within the next fifteen (15) business days.

**WHEREFORE**, the United States of America hereby requests that this Honorable Court note this information and GRANT the United States' motion.

**RESPECTFULLY SUBMITTED**.

San Juan, Puerto Rico, this 20th day of November, 2015.

                                              ROSA EMILIA RODRIGUEZ-VELEZ
                                              UNITED STATES ATTORNEY

2

/s/ *Hector E. Ramirez-Carbo*
Hector E. Ramirez-Carbo
Assistant United States Attorney
U.S.D.C. P.R. No. 214902
United States Attorney's Office
Torre Chardón Bldg., Suite 1201
350 C. Chardón Avenue
San Juan, Puerto Rico 00918
Hector.e.ramirez@usdoj.gov
Tel. (787) 766-5656


/s/ *Luke Cass*
Luke Cass
Assistant United States Attorney
U.S.D.C. P.R. No. G00803
United States Attorney's Office
Torre Chardón Bldg., Suite 1201
350 C. Chardón Avenue
San Juan, Puerto Rico 00918
Luke.V.Cass@usdoj.gov
Tel: (787) 766-5656


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20th day of November, 2015, this motion was filed with the Clerk of the Court and notification to counsel for the defendant will be made using the CM/ECF system.


/s/ *Luke Cass*
Assistant United States Attorney